9598.   LEE v. CENTRAL OF GEORGIA RAILWAY CO. et al.

LUKE, J.  The judgment of the trial court being in exact accordance with the decision in this case when it was formerly here for adjudication (Lee v. Central of Georgia Ry. Co., 21 Ga. App. 558, 94 S. E. 888), the questions presented by the present bill of exceptions are res adjudicata. The judgment must therefore be

Affirmed.  Wade, C. J., and Jenkins, J., concur.
DECIDED APRIL 12, 1918.

Action for damages; from city court of Savannah—Judge Freeman.  February 9, 1918.

Osborne, Lawrence & Abrahams, for plaintiff.
Lawton & Cunningham, H. W. Johnson, for defendant.